# Court of Appeals
# of the State of Georgia

ATLANTA,   July 22, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0451.   CHARLES D. BOYD et al. v. AMERICAN HOMES 4 RENT PROPERTIES TWO, LLC.**

American Homes 4 Rent Properties Two, LLC ("American Homes") filed a dispossessory action in magistrate court seeking to dispossess Charles and Stephani Boyd as tenants at sufferance.  On July 9, 2014, the magistrate court entered a writ of possession in favor of American Homes.  Pursuant to the magistrate court's order, in the event of an appeal, the Boyds were required to pay $1,425 per month into the registry of the court. See OCGA § 44-7-56 (permitting trial court to require payment of rent into registry of court pending appeal).

On July 14, 2014, the Boyds appealed the magistrate court's ruling to superior court.  On July 18, 2014, the Boyds filed an application for discretionary appeal in this Court, seeking to appeal the magistrate court's order.[1]  The Boyds also filed an emergency motion seeking to avoid payment of rent and to stay execution of the writ of possession.

"The only avenue of appeal available from the magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751 (406 SE2d 225) (1991). Because the superior court has not yet ruled on the Boyds' appeal, there is no ruling for this Court to review.  See *Westwind Corp. v. Washington Federal Sav. & Loan*

---

[1] The Boyds apparently filed the application so that supersedeas would stay their obligation to pay rent into the registry of the magistrate court.  See OCGA § 5-6-35 (h) (filing of application "shall act as supersedeas to the extent that a notice of appeal acts as supersedeas").

*Assn.*, 195 Ga. App. 411 (1) (393 SE2d 479) (1990).  Accordingly, this application for discretionary appeal is hereby DISMISSED.  The emergency motion is DISMISSED as MOOT.



Court of Appeals of the State of Georgia
      Clerk's Office, Atlanta, 07/22/2014
      *I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
      *Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____ , Clerk.